**Marvin Wendell VAUGHAN,**
**Plaintiff–Appellant,**

v.

**Gene JOHNSON, Director of Virginia Department of Corrections; Helen F. Fahey, Virginia Parole Board Chairwoman, Defendants–Appellees.**

No. 03–6256.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2003.

Decided Oct. 10, 2003.

Laura H. Calaluca, Dickstein, Shapiro, Morin & Oshinsky, L.L.P., Washington, D.C., for Appellant. Jerry W. Kilgore, Attorney General, Richard C. Vorhis, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Marvin Wendell Vaughan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000), complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Vaughn v. Johnson,* No. CA–02–929–2 (E.D. Va. filed Jan. 8, 2003 & entered Jan. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*